UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:07-CV-00052-BR

| | | |
|---|---|---|
| TERRY D. MOSES | ) | |
|     Plaintiff | ) | |
| v. | ) | ORDER |
| | ) | |
| NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, | ) ) | |
|     Defendant | ) | |

This matter is before the court on the 23 March 2009 Memorandum and Recommendation ("M&R") of Magistrate Judge David W. Daniel, regarding defendant's motion for summary judgment. Plaintiff filed an "appeal" from the M&R, which the court construes as an objection to the M&R. The court has conducted a *de novo* review of the record. Plaintiff's objection is OVERRULED. The court adopts the M&R as its own, and for the reasons stated therein, the motion for summary judgment is ALLOWED. This case is DISMISSED.

This 20 May 2009.

_____
W. Earl Britt
Senior U.S. District Judge